FILED
CLERK, U.S. DISTRICT COURT

NOV 18 2015

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION    BY DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> ) <br> CHRISTOPHER ) <br> FILIPINO MIRTZINE, Defendant. ) <br> ) | Case No.: ED15MJ440 <br><br> ORDER OF DETENTION PENDING FURTHER REVOCATION PROCEEDINGS <br> (FED.R. CRIM. P.32.1(a)(6); 18 U.S.C. § 3143(a) (1)) |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the __Southern__ District of __California__ for alleged violation(s) of the terms and conditions of probation or supervised release; and

Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1 (a)(6) and 18 U.S.C. § 3143(a) (1), the Court finds that:

A. (X)   The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

(x) information in the Pretrial Services Report and Recommendation

(x) information in the violation petition and report(s)

(x) the defendant's nonobjection to detention at this time

( ) other: _____

and/or

1    B. (X)    The defendant has not met his/her burden of establishing by clear and
2              convincing evidence that he/she is not likely to pose a danger to the safety
3              of any other person or the community if released under 18 U.S.C. §
4              3142(b) or (c). This finding is based on the following:
5              (x) information in the Pretrial Services Report and Recommendation
6              (x) information in the violation petition and report(s)
7              (x) the defendant's nonobjection to detention at this time
8              ( ) other: _____

10   IT THEREFORE IS ORDERED that the defendant be detained pending the further
11 revocation proceedings.

13 DATED: November 18, 2015        _____
                                                 KENLY KIYA KATO
14                                      UNITED STATES MAGISTRATE JUDGE